DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHASE W. BOYD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0090

[July 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew Siegel, Judge; L.T. Case No. 08-011873CF10A.

Chase W. Boyd, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***